| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT NOMINATION FILING | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Pepper, Pamela | 2. Court or Organization United States District Court, E.D. Wisconsin | 3. Date of Report 05/02/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) United States District Judge | 5a. Report Type (check appropriate type) ☑ Nomination Date 05/02/2014 ☐ Initial ☐ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2013 to 05/02/2014 |

| 7. Chambers or Office Address 517 East Wisconsin Avenue Room 140 Milwaukee, WI 53202 | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. Ex-officio director | Eastern District of Wisconsin Bar Association |
| 3. Associate Editor | American Bankruptcy Law Journal |
| 4. Seventh Circuit Governor; Secretary | National Conference of Bankruptcy Judges |
| 5. Member, Board of Directors | American Bankruptcy Institute |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, Pamela | 05/02/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 04/08/2012 | American Bankruptcy Law Journal, pay for editing work | $1,317.75 |
| 2. 06/27/2012 | American Bankruptcy Law Journal, pay for editing work | $1,317.75 |
| 3. 09/25/2012 | American Bankruptcy Law Journal, pay for editing work | $1,317.75 |
| 4. 12/12/2012 | American Bankruptcy Law Journal, pay for editing work | $1,317.75 |
| 5. 04/02/2013 | American Bankruptcy Law Journal, pay for editing work | $1,287.75 |
| 6. 07/01/2013 | American Bankruptcy Law Journal, pay for editing work | $1,287.75 |
| 7. 09/30/2013 | American Bankruptcy Law Journal, pay for editing work | $1,287.75 |
| 8. 12/15/2013 | American Bankruptcy Law Journal, pay for editing work | $1,287.75 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. Exempt | | | | |
| 3. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, Pamela | 05/02/2014 |

4.

5.

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, Pamela | 05/02/2014 |

FINANCIAL DISCLOSURE REPORT

Page 3 of 8

4.

5.

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. Exempt | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Pershing, LLC | Loan from Profit Sharing Plan #1 | J |
| 2. Chase | Revolving credit account | J |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | American Funds High-Income Municipal Bond Fund | B | Dividend | K | T | Exempt | | | | |
| 2. | American Funds Growth Fund of America | A | Dividend | J | T | | | | | |
| 3. | Penn Mutual Variable Universal Life: Ssg Index 500 Fund | A | Interest | J | T | | | | | |
| 4. | Penn Mutual Variable Universal Life: T. Rowe Price Flexibly Mg'd Fund | A | Interest | J | T | | | | | |
| 5. | The Principal Adjustable Life | A | Dividend | K | T | | | | | |
| 6. | Profit Sharing Plan #1 | | | | | | | | | |
| 7. | --Principal Investors Real Estate Sec. | A | Dividend | K | T | | | | | |
| 8. | --Principal Investors Diversified International Fund | A | Dividend | J | T | | | | | |
| 9. | --Principal Investors Small Cap Blend | A | Dividend | J | T | | | | | |
| 10. | --Principal Investors Mid Cap Blend Fund | A | Dividend | L | T | | | | | |
| 11. | --Principal Capital Appreciation Fund | A | Dividend | K | T | | | | | |
| 12. | --Principal Equity Income Fund | A | Dividend | J | T | | | | | |
| 13. | --Principal Investors Money Market Fund | A | Interest | J | T | | | | | |
| 14. | IRA #1 | | | | | | | | | |
| 15. | --Principal Mutual Funds MidCap | A | Dividend | | | | | | | |
| 16. | --Principal Mutual Funds Small Cap Blend | A | Dividend | | | | | | | |
| 17. | U.S. Savings Bonds, Series EE | A | Interest | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
   - A =$1,000 or less
   - B =$1,001 - $2,500
   - C =$2,501 - $5,000
   - D =$5,001 - $15,000
   - E =$15,001 - $50,000
   - F =$50,001 - $100,000
   - G =$100,001 - $1,000,000
   - H1 =$1,000,001 - $5,000,000
   - H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3)
   - J =$15,000 or less
   - K =$15,001 - $50,000
   - L =$50,001 - $100,000
   - M =$100,001 - $250,000
   - N =$250,001 - $500,000
   - O =$500,001 - $1,000,000
   - P1 =$1,000,001 - $5,000,000
   - P2 =$5,000,001 - $25,000,000
   - P3 =$25,000,001 - $50,000,000
   - P4 =More than $50,000,000
3. Value Method Codes (See Column C2)
   - Q =Appraisal
   - R =Cost (Real Estate Only)
   - S =Assessment
   - T =Cash Market
   - U =Book Value
   - V =Other
   - W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, Pamela | 05/02/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 18. | Trust #1 | | | | | | | | | |
| 19. | --Equitable Bank cash accounts | A | Interest | J | T | | | | | |
| 20. | 401k #1 | | | | | | | | | |
| 21. | --American Funds EuroPacific Growth | A | Dividend | | | | | | | |
| 22. | --American Funds Fundamental Investors | A | Dividend | | | | | | | |
| 23. | --Nuveen Equity Index | A | Dividend | | | | | | | |
| 24. | PNC Bank cash accounts | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Pamela Pepper**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

---

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 3 | 700 | Notes payable to banks-secured | | | |
| U.S. Government securities--Series EE bonds | | | 150 | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | | 170 | 302 | Notes payable to relatives | | | |
| Unlisted securities | | | | Notes payable to others | | 13 | 142 |
| Accounts and notes receivable: | | 13 | 142 | Accounts and bills due | | 11 | 600 |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable | | | |
| Real estate owned | | | | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 9 | 000 | | | | |
| Cash value-life insurance | | 33 | 640 | | | | |
| Other assets itemize: | | | | | | | |
| Thrift Savings Plan | | 207 | 527 | | | | |
| FERS | | 5 | 500 | | | | |
| | | | | Total liabilities | | 24 | 742 |
| | | | | Net Worth | | 418 | 219 |
| Total Assets | | 442 | 961 | Total liabilities and net worth | | 442 | 961 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | 149 | 000 | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |